UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-43864-WSD
PAUL D WORKMAN  CHAPTER 13 PROCEEDINGS
JUDY C WORKMAN  HON. WALTER SHAPERO.DETROIT

_____Debtors_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| PAUL D WORKMAN<br>JUDY C WORKMAN<br>3525 17TH<br>WYANDOTTE, MI 48192-0000<br>SSN: XXX-XX-1535 or XXX-XX-6555 | N/A | N/A | DEBTOR REFUND | 1226504 | 12/31/09 | $ 5.60 |

DATED: January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    4056221
DETROIT, MICHIGAN 48231-1930

0843864  00000  017414  1226504
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/31/2009  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1226504

| 0843864 | PAUL D WORKMAN & JUDY C WORKMAN | | 5.60 | 0.00 | 5.60 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1226504  
SunTrust Bank

FOR PAUL D WORKMAN and JUDY C WORKMAN  
BK:0843864 ACCT:  
PRIN:  5.60  INT:  0.00

DATE Dec 31, 2009

AMOUNT **********5.60

PAY **5.60**  
Five And 60 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $5.60  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

⑆1226504⑆ ⑈061100790⑈ 0000005751516⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:	CASE NO. 08-43864-WSD
PAUL D WORKMAN	CHAPTER 13 PROCEEDINGS
JUDY C WORKMAN	HON. WALTER SHAPERO, DETROIT

                Debtors

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KURT R HASKELL**
**14716 ALLEN ROAD #102**
**TAYLOR, MI 48180**

**Last Known Address for Debtors:**

**PAUL D WORKMAN**
**JUDY C WORKMAN**
**3525 17TH**
**WYANDOTTE, MI 48192**

DATED: January 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226